**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **JOHN HESTER (# 79699)** | **PLAINTIFF** |
| v. | No. 3:09CV29-A-D |
| **WAUNNELL HESTER** | **INTERVENOR PLAINTIFF** |
| v. | |
| **WEBSTER COUNTY SHERIFF'S DEPARTMENT, ET AL.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is **DISMISSED** with prejudice under FED. R. CIV. P. 37(d)(1)(A)(i) for failure to cooperate in discovery.

**SO ORDERED,** this the 12th day of April, 2010

      /s/ Sharion Aycock
      U. S. DISTRICT JUDGE